UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PATTY A. CANTER                                                                                           Plaintiff

v.                                                                                        Civil Action No. 3:23-cv-158

CAPITAL ONE, N.A. ET AL.                                                                            Defendants

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendants Capital One. N.A. consistent with the Court's Order entered this same date. This action is **DISMISSED** with prejudice as to this Defendant and **STRICKEN** from the Court's docket.

(2)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
United States District Court

January 10, 2024